169 A.3d 979

IN THE MATTER OF THE CIVIL COMMITMENT
OF E.D., SVP–75–00. (E.D.—PETITIONER)

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005263–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 980

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ISAIAH M. KINNEY, JR., DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3624/5675–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.